**UNITED STATES of America,**
**Appellee,**

v.

**Ray T. STREETMAN, III, also known as Trey Streetman, also known as Eryn Scott Young, also known as Trey Young, Appellant.**

**No. 04–2215.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 20, 2005.

Decided May 26, 2005.

Linda Parker Marshall, Asst. U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Appellee.

David L. Owen, Jr., Federal Public Defender's Office, Kansas City, MO, for Appellant.

Ray T. Streetman, III, McFarland, KS, pro se.

Before MELLOY, McMILLIAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Ray Streetman appeals the sentence the district court[1] imposed after he pleaded guilty to bank fraud, in violation of 18 U.S.C. § 1344. His counsel has moved to withdraw and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we agree with counsel that there are no nonfrivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

